1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  Klauney@seyfarth.com
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendants
   HILTON HOTELS CORPORATION and
6  ROPPONGI-TAHOE LP

7  LAW OFFICES OF PAUL L. REIN
   Paul L. Rein (SBN 43053)
8  200 Lakeside Drive, Suite A
   Oakland, CA  94612
9  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
10
   Attorneys for Plaintiff
11 JEAN RIKER

12                 UNITED STATES DISTRICT COURT

13               EASTERN DISTRICT OF CALIFORNIA

14 JEAN RIKER,                        )  Case No. 2:09-CV-01956-MCE-EFB
                                      )
15            Plaintiff,              )  **STIPULATION AND ORDER**
                                      )  **EXTENDING TIME TO RESPOND TO**
16     v.                             )  **COMPLAINT**
                                      )
17 HILTON HOTELS CORPORATION dba      )
   EMBASSY SUITES LAKE TAHOE HOTEL    )
18 AND SKI RESORT; ROPPONGI-TAHOE LP, )  Complaint Filed: July 16, 2009
   A California Limited Partnershp; and DOES 1- )  Judge: Hon. Morrison C. England, Jr.
19 10, INCLUSIVE,                     )
                                      )
20            Defendants.             )
                                      )
21 _____)

22        Defendants HILTON HOTELS CORPORATION dba EMBASSY SUITES LAKE

23 TAHOE HOTEL AND SKI RESORT and ROPPONGI-TAHOE LP ("Deendants") and Paintiff

24 JEAN RIKER ("plaintiff"), hereby stipulate that defendants have an additional 30 days to

25 respond to Paintiff's complaint.  Defendants' response to Paintiff's complaint is now due on

26 September 25, 2009.

27 ///

28 ///

PDF created with pdfFactory trial version www.pdffactory.com

This stipulation is executed and filed pursuant to Eastern District Local Rules 6-144 and 83-143.  No prior extensions of time have been agreed upon.

DATED:  AUGUST 18, 2009                    LAW OFFICES OF PAUL L. REIN


By_____/s/_____
                Paul L. Rein
                Attorneys for Plaintiff
                JEAN RIKER


DATED: AUGUST 18, 2009                     SEYFARTH SHAW LLP



By_____/s/_____
                Kristina M. Launey
                Attorneys for Defendants
                HILTON HOTELS CORPORATION and
                ROPPONGI-TAHOE LP


Pursuant to stipulation of counsel, IT IS HEREBY ORDERED that Defendants' Response to Plaintiff's Complaint is now due on September 25, 2009.

IT IS SO ORDERED.

DATED: August 21, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com