PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
JEAN RIKER

KRISTINA LAUNEY, Esq.
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: 916/448-0159
Facsimile: 916/558-4839

Attorneys for Defendants
HILTON HOTELS CORPORATION dba
EMBASSY SUITES LAKE TAHOE HOTEL
AND SKI RESORT; ROPPONGI-TAHOE LP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>HILTON HOTELS CORPORATION dba EMBASSY SUITES LAKE TAHOE HOTEL AND SKI RESORT; ROPPONGI-TAHOE LP, A California Limited Partnership; and DOES 1-10, INCLUSIVE,<br><br>    Defendants.<br>_____/ | CASE NO. 2:09-cv-01956 MCE-KJN<br><u>Civil Rights</u><br><br>**STIPULATION TO SET SETTLEMENT CONFERENCE; ORDER** |

Plaintiff JEAN RIKER and defendants HILTON HOTELS CORPORATION now known as HILTON WORLDWIDE, INC. dba EMBASSY SUITES LAKE TAHOE HOTEL AND SKI RESORT and ROPPONGI-TAHOE LP, by and through their respective counsel, jointly stipulate and request through

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
CASE NO. 2:09-cv-01956 MCE-KJN     -1-     C:\iFolder\mengland\Home\TO DOCKET CIVIL\09cv1956.o.329.wpd

1  their attorneys of record as follows:
2          On October 19, 2009, the parties conducted a cooperative site inspection of
3  the subject premises.  On February 9, 2010, Plaintiff forwarded her access
4  consultant's report to Defendants.  On May 14, 2010, Defendants responded to
5  Plaintiff's consultant's report, and Plaintiff's consultant replied to Defendants'
6  response on June 23, 2010.  Shortly thereafter, Defendants asked additional
7  questions of Plaintiff's consultant, and Plaintiff's consultant responded to
8  Defendants' questions on October 15, 2010.  On December 14, 2010, Defendants
9  replied to Plaintiff's consultant.  The parties continue to work cooperatively to
10 settle injunctive relief aspects of this case and believe that there is a good
11 likelihood that the assistance of an experienced magistrate judge would contribute
12 to settlement of all issues of injunctive relief, damages, and attorneys' fees,
13 litigation expenses, and costs.
14         Based on the above, the parties hereby agree and stipulate to a settlement
15 conference being set in this case before assigned Magistrate Judge Kendall J.
16 Newman as soon as possible.  Pursuant to Local Rule 270(b), the parties expressly
17 waive any claim of disqualification and agree to have Judge Newman continue to
18 act as Magistrate in this action thereafter.
19
20         **IT IS SO STIPULATED.**
21
22
23 Dated: March 21, 2011             LAW OFFICES OF PAUL L. REIN
24
25                                    /s/ Catherine M. Cabalo
                                     By: CATHERINE M. CABALO, Esq.
26                                   Attorneys for Plaintiff
                                     JEAN RIKER
27
28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
CASE NO. 2:09-cv-01956 MCE-KJN            -2-              C:\iFolder\mengland\Home\TO DOCKET CIVIL\09cv1956.o.329.wpd

Dated: March 18, 2011          SEYFARTH SHAW LLP

    /s/ Kristina Launey
By: KRISTINA LAUNEY, Esq.
Attorneys for Defendants
HILTON HOTELS CORPORATION now known as HILTON WORLDWIDE, INC. dba EMBASSY SUITES LAKE TAHOE HOTEL AND SKI RESORT; ROPPONGI-TAHOE LP

## ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, the Court grants the parties' stipulation and request to set a settlement conference in this case on May 17, 2011 at 9:00 a.m. before Magistrate Judge Kendall J. Newman in Courtroom 25.

**IT IS SO ORDERED.**

Dated: March 29, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
CASE NO. 2:09-cv-01956 MCE-KJN    -3-    C:\iFolder\mengland\Home\TO DOCKET CIVIL\09cv1956.o.329.wpd