LAW OFFICES OF PAUL L. REIN
Paul L. Rein, Esq. (SBN 43053)
Celia McGuinness, Esq. (SBN 159420)
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787

Attorneys for Plaintiff

SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Minh N. Vu (Washington, D.C. Bar No. 444305) *admitted Pro Hac Vice*
mvu@seyfarth.com
975 F. Street, N.W.
Washington, D.C. 20004
Telephone: (202) 828-5337
Facsimile: (202) 641-9279

Attorneys for Defendants
HILTON WORLDWIDE, INC.
(formerly known as HILTON HOTELS CORPORATION)
and ROPPONGI-TAHOE L.P.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| | |
|---|---|
| JEAN RIKER,<br><br>         Plaintiff,<br><br>         v.<br><br>HILTON CORPORATION dba EMBASSY SUITES LAKE TAHOE HOTEL AND SKI RESORT; ROPPONGI-TAHOE LP, A California Limited Partnership; and DOES 1-10, INCLUSIVE,<br><br>         Defendants. | Case No. 2:09-cv-01956-MCE-KJN<br><br>**ORDER GRANTING APPROVAL OF SETTLEMENT AGREEMENT BETWEEN THE PARTIES AS RESOLUTION OF COMPLAINT**<br><br>Complaint Filed: July 16, 2009<br>Trial Date: August 6, 2012<br><br>**Magistrate Judge Kendall J. Newman** |

1

13380975v.1

1    Plaintiff Jean Riker filed her action on July 16, 2009 alleging violations of Title III of the

2    Americans with Disabilities Act of 1990, sections 51, 52, 54, 54.1, 54.3 and 55 of the California

3    Civil Code, and sections 19955 et seq. of the California Health & Safety Code. The parties

4    participated in a settlement conference on May 17, 2011 before Magistrate Judge Newman.  The

5    parties and their counsel of record in this action have reached an agreement for a complete

6    resolution of Plaintiff's Complaint, including her claims for injunctive relief, damages, and

7    attorneys' fees, expenses, and costs.  The terms and conditions agreed to by the parties are set

8    forth in the Settlement Agreement, including Attachment A, which is submitted to the Court with

9    this Order.

10                                         **ORDER**

11

12    IT IS THEREFORE HEREBY ORDERED that the Settlement Agreement, and

13    Attachment A thereto, entered into by the parties and submitted to the Court for approval, is

14    hereby approved by the Court as the complete resolution of Plaintiff's Complaint in this matter.

15    According to the terms and conditions of the Settlement Agreement, the Court will retain

16    jurisdiction of this matter to enforce the terms and conditions of the Settlement Agreement until

17    such time as the terms and conditions are met.

18    **IT IS SO ORDERED.**

19    **DATED:  June 16, 2011**

20

21

22                                                              _____

23                                                              KENDALL J. NEWMAN
                                                                UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING APPROVAL OF SETTLEMENT
AGREEMENT BETWEEN THE PARTIES AS RESOLUTION OF COMPLAINT

13380975v.1